Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDUARDO TAMAYO ACOSTA,<br><br>Plaintiff,<br><br>v.<br><br>YASSER O. NAVARRETTE, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00698-RAJ<br><br>STIPULATED MOTION<br>AND ORDER OF DISMISSAL |

Plaintiff took the oath of citizenship on June 24, 2022 and is now a U.S. citizen. Accordingly, the parties, through their counsel, hereby STIPULATE AND AGREE, and jointly request that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

///

///

///

///

///

STIPULATED MOTION AND ORDER OF DISMISSAL
2:22-cv-00698-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 27th day of June, 2022.

| | |
|---|---|
| OPEN SKY LAW, PLLC | NICHOLAS W. BROWN<br>United States Attorney |
| */s/ Devin T. Theriot-Orr*<br>DEVIN T. THERIOT-ORR<br>WSBA No. 33995<br>20415 72nd Ave S, Ste 119<br>Kent, Washington 98032<br>Phone: 206-962-5052<br>Email: devin@opensky.law<br>*Attorneys for Plaintiff* | */s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT,<br>NYS#4666657<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:253-428-3800<br>E-mail: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |

STIPULATED MOTION AND ORDER OF DISMISSAL
2:22-cv-00698-RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated, it is hereby ORDERED that this case shall be dismissed with prejudice and with each party to bear their own fees and costs.

DATED this 28th day of June, 2022.

*Richard A. Jones*
_____
HON. RICHARD A. JONES
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL
2:22-cv-00698-RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970